**97–184.   Taylor v. McCullough–Hyde Mem. Hosp.**
Butler App. No. CA96–02–032.   Reported at 78 Ohio St.3d 1453, 677 N.E.2d 814.   On motion for reconsideration.   Motion denied.

**97–193.   State v. Holbert.**
Cuyahoga App. No. 71601.   Reported at 78 Ohio St.3d 1453, 677 N.E.2d 814.   On motion for reconsideration.   Motion denied.
   PFEIFER, J., dissents.

**97–242.   State v. Garland.**
Fayette App. No. CA96–05–011.   Reported at 78 Ohio St.3d 1453, 677 N.E.2d 814.   On motion for reconsideration.   Motion denied.
   MOYER, C.J., and COOK, J., dissent.

**97–332.   Green v. Cumberland.**
Highland App. No. 95CA893.   Reported at 78 Ohio St.3d 1457, 677 N.E.2d 816.   On motion for reconsideration.   Motion denied.